# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOE SUGGS,

Appellant,

vs.

JO GENTRY, WARDEN; DWAYNE DEAL, OMD; JAMES DZURENDA, DIRECTOR; AND THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS,

Respondents.

No. 73237

**FILED**

SEP 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on June 2, 2017. To the extent that appellant appeals from the order denying a motion for order to transport inmate for court appearance or, in the alternative appearance by telephone or video conference, no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Pickering

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

17-29448

cc: Hon. Linda Marie Bell, District Judge
Joe Suggs
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A